UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERARD KARLEN and<br>CARLA KARLEN,<br><br>    Plaintiffs,<br>v.<br><br>WELLS FARGO BANK, N.A. and<br>WELLS FARGO MORTGAGE<br>BACKED SECURITIES 2007-2 TRUST,<br><br>    Defendants. | Civil Action No. 3:22-cv-00906-OAW |

## NOTICE OF APPEARANCE

Please enter the appearance of Scott G. Ofrias, K&L Gates LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111 on behalf of Defendant Wells Fargo Bank, N.A. (erroneously sued separately as "Wells Fargo Mortgage Backed Securities 2007-2 Trust") in the above-captioned action. This appearance is in addition to the appearance of Sean H. Higgins already on file.

                                                          Defendant,
                                                          Wells Fargo Bank, N.A.
                                                          by its attorney,

                                                          */s/ Scott G. Ofrias*
                                                          Scott G. Ofrias (Ct31257)
                                                          Scott.ofrias@klgates.com
                                                          K&L Gates LLP
                                                          State Street Financial Center
                                                          One Lincoln Street
                                                          Boston, MA 02111
                                                          T: 617.951.9234
                                                          F: 617.261.3175

Dated: July 27, 2022

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| GERARD KARLEN and <br> CARLA KARLEN, <br><br> Plaintiffs, <br> v. <br><br> WELLS FARGO BANK, N.A. and <br> WELLS FARGO MORTGAGE <br> BACKED SECURITIES 2007-2 TRUST, <br><br> Defendants. | Civil Action No. 3:22-cv-00906-OAW |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system on July 27, 2022 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and a paper copy will be sent by mail to non-registered participants.

                                                      */s/ Scott G. Ofrias*
                                                      Sean R. Higgins (Ct31257)